People v Francis (2021 NY Slip Op 50322(U))

[*1]

People v Francis (Demore)

2021 NY Slip Op 50322(U) [71 Misc 3d 132(A)]

Decided on April 15, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 15, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TERRY JANE RUDERMAN, P.J., ELIZABETH H. EMERSON, TIMOTHY
S. DRISCOLL, JJ

2020-507 W CR

The People of the State of New York,
Respondent,
against
Demore O. Francis, Appellant. 

John R. Lewis, for appellant.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from a judgment of the City Court of Mount Vernon, Westchester County (William
Edwards, J.), January 27, 2020. The judgment convicted defendant, upon his plea of guilty, of
disorderly conduct, and imposed sentence. Assigned counsel has submitted a brief in accordance
with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
RUDERMAN, P.J., EMERSON and DRISCOLL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 15, 2021